Prepared by State Reporter from Appeal Papers

*Walter A. Fullerton, C. B. Petchtle* and *William F. Carell* for appellant.

*A. F. Walsh* for respondent.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

---

In the Matter of PARKER NEWHALL, Respondent, against ROYAL INDEMNITY COMPANY, Appellant.

*Contract — arbitration — indemnity bond containing arbitration clause — ordered that arbitration proceed.*

*Matter of Newhall* v. *Royal Indemnity Co.,* 221 App. Div. 803, affirmed.

(Argued October 5, 1927; decided October 25, 1927.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered July 13, 1927, which affirmed an order of Special Term granting a motion to compel the appellant herein to proceed to arbitrate certain differences arising out of a bond issued by it in favor of the Apple Growers Association of Hood River, Oregon, purporting to indemnify said association against loss caused by fraud or dishonesty of an employee. The bond provided that in the event of any differences arising the insured should have the right to have the matter submitted to arbitrators.

*Cornelius O. Donahue, William E. Lyons* and *Barnett Cohen* for appellant.

*Stewart Maurice* for respondent.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.